October 22, 2019

# United States District Court

# District Court of Massachusetts

## Case# 19-CV-11391

## DeNicola v. Cheryl P. Potter et, al.

I, John DeNicola, Pro Se, am asking the honorable court to waive all Pacer fees associated with case# 19-CV-11391 from June 24, 2019 until the close of the case. I, respectfully ask this of the court as they have already ruled on indigent status of this case. I, John DeNicola, Pro Se, ask that the court also, grant an extension on payment on my Pacer and Electronic Filing accounts until the honorable court rules on this motion.

Thank You,

John DeNicola Pro Se

344 Plain Street

Marshfield, Ma. 02050

jdblankspace@comcast.net