October 25, 2019

# United States District Court

# District Court of Massachusetts

## Case# 19-CV-11391

## DeNicola v. Cheryl P. Potter et, al.

I, John DeNicola, Pro Se, am asking the honorable court to waive all Pacer fees associated with case# 19-CV-11391 from June 24, 2019 until October 25, 2019.The links sent via email do not allow me to see the motions or papers being filed with the court. I, am not sure whether or not this has to do with the browser being used or if it has to do with the link being provided. I have spoken with representatives from Pacer to try and correct this issue and they do not have an answer to this situation taken care of so I can get the ability to access these documents for free as the court suggested. I am still trying to work with Pacer to correct this problem. But until then I, John DeNicola, Pro Se, need to log into the pacer account which is causing fees to accrue. I, John DeNicola, respectfully ask this of this court to wave the fees accrued to date on this case.

Thank You,

John DeNicola Pro Se

344 Plain Street

Marshfield, Ma. 02050

jdblankspace@comcast.net